Certificate Number: 05781-PAE-DE-033218099

Bankruptcy Case Number: 19-12796



05781-PAE-DE-033218099

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on August 6, 2019, at 10:38 o'clock PM PDT, Kimberly Marsh completed a course on personal financial management given by internet by Sage Personal Finance, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the Eastern District of Pennsylvania.

Date:   August 6, 2019                By:   /s/Allison M Geving

                                      Name:   Allison M Geving

                                      Title:   President