United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                Case No. 19-12796-jkf
Kimberly A. Marsh                                                     Chapter 7
      Debtor

## CERTIFICATE OF NOTICE

District/off: 0313-2        User: Antoinett        Page 1 of 1            Date Rcvd: Sep 26, 2019
                            Form ID: 195           Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 28, 2019.
db          +Kimberly A. Marsh,   570 West Dekalb Pike, Apt. 310,   King of Prussia, PA 19406-3073

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                         TOTAL: 0

           ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 28, 2019                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 26, 2019 at the address(es) listed below:
              GARY F. SEITZ    on behalf of Trustee GARY F. SEITZ gseitz@gsbblaw.com,
               gfs@trustesolutions.net;Jblackford@gsbblaw.com
              GARY F. SEITZ    gseitz@gsbblaw.com, gfs@trustesolutions.net;Jblackford@gsbblaw.com
              JOSEPH L QUINN    on behalf of Debtor Kimberly A. Marsh CourtNotices@rqplaw.com
              REBECCA ANN SOLARZ    on behalf of Creditor   Nationstar Mortgage LLC d/b/a Mr. Cooper
               bkgroup@kmllawgroup.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
                                                                                              TOTAL: 5

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

In re:                                                                 : Chapter 7

Kimberly A. Marsh                                          : Case No. 19−12796−jkf
      Debtor(s)

### *ORDER*
_____

AND NOW, this day , September 26th, 2019 , it appearing that the trustee in the above entitled matter has filed his report and that the trustee has performed all other duties required in the administration of the debtor(s) estate, it is

ORDERED that the trustee be discharged and relieved of any trust; and this case be, and the same hereby is, closed.

By The Court

Jean K. FitzSimon
Judge , United States Bankruptcy Court

17
Form 195